IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JUSTIN L. TITZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:22-cv-704-SPM |
| | ) | |
| CITY OF FAIRFIELD, FAIRFIELD | ) | |
| POLICE DEPARTMENT, C. R. | ) | |
| FULKERSON, and KEITH A. | ) | |
| COLCLASURE, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER

Now come the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, by and through their undersigned attorneys, PIERCE LAW FIRM, P.C., and for their Answer to the plaintiff's First Amended Complaint, state as follows:

1. Defendants admit the existence of the cited statutory and constitutional provisions but deny the plaintiff's right to recover thereunder.

2. Defendants deny the allegations contained in paragraph 2.

3. Defendants admit the allegations contained in paragraph 3.

4. Defendants admit the allegations contained in paragraph 4.

5. Defendants admit the allegations contained in paragraph 5.

6. Defendants admit the allegations contained in paragraph 6.

7. Defendants admit that Fulkerson was chief of police having been appointed to that position in July of 2020 and that all times herein he was acting under color of law and within the scope of his employment but otherwise deny the remaining allegations contained in paragraph 7.

8. Defendants admit that Colclasure was the assistant chief of the Fairfield Police Department at all times relevant herein and was acting under color of law and within the scope of his employment but otherwise deny the remaining allegations contained in paragraph 8.

9. Defendants admit the allegations contained in paragraph 9.

10. Defendants admit the allegations contained in paragraph 10.

11. Defendants admit the allegations contained in paragraph 11.

12. Defendants admit that on October 2, 2021, Sgt. Silas Eckleberry responded to a complaint at Victoria Greer's residence at Fairfield, Illinois but otherwise deny the remaining allegations contained in paragraph 12.

13. Defendants admit that on October 5, 2021, Officer Titzer was dispatched to Victoria Greer's residence on an unrelated matter but otherwise deny the remaining allegations contained in paragraph 13.

14. Defendants admit the allegations contained in paragraph 14.

15. Defendants admit the allegations contained in paragraph 15.

16. Defendants admit the allegations contained in paragraph 16.

17. Defendants deny the allegations contained in paragraph 17.

18. Defendants admit the allegations contained in paragraph 18.

19. Defendants deny the allegations contained in paragraph 19.

20. Defendants admit that on or about October 26, Titzer was placed on administrative leave as referenced in Exhibit 1.

21. Defendants admit the allegations contained in paragraph 21.

22. Defendants deny the allegations contained in paragraph 22.

23. Upon information and belief, defendants admit that Officer Titzer contacted various agencies but deny that he had a reasonable basis to do so and otherwise deny the remaining allegations contained in paragraph 23.

24. Defendants have insufficient knowledge or information to either admit or deny the allegations contained in paragraph 24 and therefore deny the same.

25. Defendants have insufficient knowledge or information to either admit or deny the allegations contained in paragraph 25 and therefore deny the same.

26. Defendants admit that Attorney Langacker sent Exhibit 2 to Attorney Weedman on or about January 28, 2022.

27. Defendants have insufficient knowledge or information to either admit or deny the allegations contained in paragraph 27 and therefore deny the same.

28. Defendants admit the allegations contained in paragraph 28.

29. Defendants admit that upon information and belief, Dennis Weedman sent an e-mail to the FOP or on about February 23, 2022 at 6:51 a.m.

30. Defendants admit upon information and belief that FOP representative Ryan Olier sent an e-mail to Dennis Weedman containing the language quoted in paragraph 30.

31. Defendants deny the allegations contained in paragraph 31.

32. Defendants state the notice speaks for itself.

33. Defendants deny the allegations contained in paragraph 33.

34. Defendants admit the allegations contained in paragraph 34.

35. Defendants admit that the investigation into Titzer sustained the fact that he had committed misconduct and that said documentation speaks for itself.

36. Defendants admit the allegations contained in paragraph 36.

37. Defendants admit that Officer Titzer, through his attorney, filed the lawsuit on or about April 8, 2022 but deny the allegations therein.

38. Defendants admit the allegations contained in paragraph 38.

39. Defendants admit the allegations contained in paragraph 39.

40. Defendants admit the allegations contained in paragraph 40.

41. Defendants deny the allegations contained in paragraph 41.

**DEFENDANTS DEMAND TRIAL BY JURY**

**COUNT I**

42. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 42 of Count I as though fully set forth herein.

43. Defendants deny the allegations contained in paragraph 43.

44. Defendants deny the allegations contained in paragraph 44.

45. Defendants deny the allegations contained in paragraph 45.

46. Defendants deny the allegations contained in paragraph 46.

47. Defendants deny the allegations contained in paragraph 47.

48. Defendants deny the allegations contained in paragraph 48.

49. Defendants deny the allegations contained in paragraph 49.

50. Defendants deny the allegations contained in paragraph 50.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count I of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

## COUNT II

51. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 51 of Count II as though fully set forth herein.

52. Defendants admit the allegations contained in paragraph 52.

53. Defendants deny the allegations contained in paragraph 53.

54. Defendants deny the allegations contained in paragraph 54.

55. Defendants deny the allegations contained in paragraph 55.

56. Defendants deny the allegations contained in paragraph 56.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count II of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

## COUNT III

57. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 57 of Count III as though fully set forth herein.

58. Defendants deny the allegations contained in paragraph 58.

59. Defendants deny the allegations contained in paragraph 59.

60. Defendants deny the allegations contained in paragraph 60.

61. Defendants deny the allegations contained in paragraph 61.

62. Defendants deny the allegations contained in paragraph 62.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count III of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

## COUNT IV

63. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 63 of Count IV as though fully set forth herein.

64. Defendants deny the allegations contained in paragraph 64.

65. Defendants deny the allegations contained in paragraph 65.

66. Defendants deny the allegations contained in paragraph 66.

67. Defendants deny the allegations contained in paragraph 67.

68. Defendants deny the allegations contained in paragraph 68.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count IV of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

## COUNT V

69. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 69 of Count V as though fully set forth herein.

70. Defendants deny the allegations contained in paragraph 70.

71. Defendants deny the allegations contained in paragraph 71.

72. Defendants deny the allegations contained in paragraph 72.

73. Defendants deny the allegations contained in paragraph 73.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count V of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

### COUNT VI

74. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 74 of Count VI as though fully set forth herein.

75. Defendants deny the allegations contained in paragraph 75.

76. Defendants admit the statute contains the cited language but deny the plaintiff's right to recover thereunder and further deny that the defendants violated the cited statute.

77. Defendants admit the statute contains the cited language but deny the plaintiff's right to recover thereunder and further deny that the defendants violated the cited statute.

78. Defendants deny the allegations contained in paragraph 78.

79. Defendants deny the allegations contained in paragraph 79.

80. Defendants deny the allegations contained in paragraph 80.

81. Defendants deny the allegations contained in paragraph 81.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count VI of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

### COUNT VII

82. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 82 of Count VII as though fully set forth herein.

83. Defendants admit the statute contains the cited language but deny the plaintiff's right to recover thereunder and further deny that the defendants violated the cited statute.

84. Defendants admit the allegations contained in paragraph 84.

85. Defendants deny the allegations contained in paragraph 85.

86. Defendants deny the allegations contained in paragraph 86.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count VII of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

## COUNT VIII

87. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 87 of Count VIII as though fully set forth herein.

88. Defendants admit the statute contains the cited language but deny the plaintiff's right to recover thereunder and further deny that the defendants violated the cited statute.

89. Defendants deny the allegations contained in paragraph 89.

90. Defendants deny the allegations contained in paragraph 90.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count VIII of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

## COUNT IX

91. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 91 of Count IX as though fully set forth herein.

92. Defendants admit the statute contains the cited language but deny the plaintiff's right to recover thereunder and further deny that the defendants violated the cited statute.

93. Defendants deny the allegations contained in paragraph 93.

94. Defendants deny the allegations contained in paragraph 94.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count IX of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

## COUNT X

95. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 95 of Count X as though fully set forth herein.

96. Defendants deny the allegations contained in paragraph 96.

97. Defendants deny the allegations contained in paragraph 97.

98. Defendants deny the allegations contained in paragraph 98.

99. Defendants deny the allegations contained in paragraph 99.

100. Defendants deny the allegations contained in paragraph 100.

101. Defendants deny the allegations contained in paragraph 101.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count X of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

## COUNT XI

102. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 102 of Count XI as though fully set forth herein.

103. Defendants deny the allegations contained in paragraph 103.

104. Defendants deny the allegations contained in paragraph 104.

105. Defendants deny the allegations contained in paragraph 105.

106. Defendants deny the allegations contained in paragraph 106.

107. Defendants deny the allegations contained in paragraph 107.

108. Defendants deny the allegations contained in paragraph 108.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count XI of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

## COUNT XII

109. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 109 of Count XII as though fully set forth herein.

110. Defendants deny the allegations contained in paragraph 110.

111. Defendants deny the allegations contained in paragraph 111.

112. Defendants deny the allegations contained in paragraph 112.

113. Defendants deny the allegations contained in paragraph 113.

114. Defendants deny the allegations contained in paragraph 114.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count XII of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

**COUNT XIII**

115. Defendants adopt and incorporate their answers to all paragraphs above as and for their answer to paragraph 115 of Count XIII as though fully set forth herein.

116. Defendants deny the allegations contained in paragraph 116.

117. Defendants deny the allegations contained in paragraph 117.

118. Defendants deny the allegations contained in paragraph 118.

119. Defendants deny the allegations contained in paragraph 119.

120. Defendants deny the allegations contained in paragraph 120.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that Count XIII of plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

**DEFENDANTS DEMAND TRIAL BY JURY**

**AFFIRMATIVE DEFENSES**

Now come the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, by and through their undersigned attorneys, PIERCE LAW FIRM, P.C., and for their Affirmative Defenses as to all counts state as follows:

1. Without waiving their denial of liability to plaintiff, defendants state that plaintiff failed to mitigate his alleged damages by failing to use reasonable efforts to obtain appropriate

employment including, but not limited to, failure to seek rehabilitation and/or other employment services.

    2.    Defendants state plaintiff failed to exhaust administrative remedies.

    3.    Punitive damages are not recoverable against municipal entities.

    4.    Defendants are immune from liability for damages under the Doctrine of Qualified Immunity because their conduct did not violate clearly established law.

WHEREFORE, the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, pray that plaintiff's First Amended Complaint be dismissed with prejudice at plaintiff's costs.

Respectfully Submitted,

By: s/Charles A. Pierce

PIERCE LAW FIRM, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL 62226
Phone: 618-277-5599
Fax: 618-239-6080
E-mail: cpierce@piercelawpc.com
Attorney Bar # 06208106

## CERTIFICATE OF SERVICE

       I hereby certify that on July 20, 2022, I electronically filed an ANSWER on behalf of the defendants, CITY OF FAIRFIELD, C. R. FULKERSON, and KEITH A. COLCLASURE, with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

Ronald S. Langacker
Langacker Law, Ltd.
210 N. Broadway Ave.
Urbana, IL 61801
ron@langackerlaw.com

                                   Respectfully submitted,

                                   s/CHARLES A. PIERCE
                                   Pierce Law Firm, P.C.
                                   #3 Executive Woods Court, Suite 200
                                   Belleville, IL 62226
                                   Phone: (618) 277-5599
                                   Fax: (618) 239-6080
                                   E-mail: cpierce@piercelawpc.com
                                   Attorney Bar Number # 06208106