IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUSTIN TITZER,

        **Plaintiff,**

v.

CITY OF FAIRFIELD, IL, C.R. FULKERSON, and KEITH COLCLASURE,

        **Defendants.**

Case No. 22-CV-00704-SPM

# AMENDED SCHEDULING ORDER

The following deadlines in this matter are amended as follows:

1. The Mandatory Mediation Session shall be completed by **July 10, 2023**.

2. Discovery shall conclude by **August 1, 2023**.

3. The Mandatory Mediation Process shall be completed by **August 16, 2023**.

4. *Daubert* motions, summary judgment motions, and motions *in limine* shall be filed on or before **September 15, 2023**.

5. The Final Pretrial Conference is scheduled for **January 2, 2024** at **9:00 AM** with a Presumptive Trial Month of **January 2024**.

IT IS SO ORDERED.

DATED: January 24, 2023

                                                **s/ *Stephen P. McGlynn***
                                                **STEPHEN P. McGLYNN**
                                                **U.S. District Judge**